USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/09/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**WILLIAM FERRARA,**

               **Plaintiff,**

        -against-

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

               **Defendant.**

------------------------------------------------------------------- x

**18-CV-22 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On October 5, 2020, Plaintiff filed a Motion for Approval of Contingent Fee Agreement under 42 U.S.C. § 406(b). ECF No. 20. The Commissioner of Social Security Administration is ordered to respond to this Motion by October 19, 2020. If the Commissioner does not respond by this date, the Motion will be treated as unopposed.

**SO ORDERED.**

**Dated:**     **October 9, 2020**
             **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**